**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 22-7331**

———————

MELVIN LEE LUCKEY,

        Plaintiff - Appellant,

     v.

GLEN JENKINS, Detective; T. J. GOFORTH, Detective, Lieutenant; CITY OF MONROE; BRANDON BLACKMON, State Bureau Agent; JASMINE CRUZE,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Martin K. Reidinger, Chief District Judge. (3:22-cv-00369-MR)

———————

Submitted: March 16, 2023                    Decided: March 21, 2023

———————

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Melvin Lee Luckey, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Lee Luckey appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Luckey v. Jenkins*, No. 3:22-cv-00369-MR (W.D.N.C. Oct. 31, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*